

In The

# Court of Appeals
## Seventh District of Texas at Amarillo

_____

No. 07-12-0463-CR
_____

SAUL GALVAN, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from County Court at Law No. 4
Travis County, Texas
Trial Court No. 12-400-293, Honorable Mike Denton, Presiding

March 8, 2013

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Pursuant to a plea agreement, Appellant, Saul Galvan, was convicted of assault family violence[1] and sentenced to ten days in the Travis County Jail. Appellant filed a *pro se* notice of appeal challenging his conviction. The *Trial Court's Certification of Defendant's Right of Appeal* reflects that Appellant's case is a plea-bargain case from which he has no right of appeal. By letter dated January 31, 2013, this Court notified

_____

[1]TEX. PENAL CODE ANN. § 22.01(a)(1) (WEST SUPP. 2012).

Appellant of the consequences of his certification and invited him to either file an amended certification showing a right of appeal or demonstrate other grounds for continuing the appeal on or before February 20, 2013. Appellant was also notified that failure to do so might result in dismissal of the appeal pursuant to Rule 25.2(d) of the Texas Rules of Appellate Procedure. Appellant did not respond.

Because neither an amended certification reflecting a right of appeal was filed nor good cause for continuing the appeal provided, this appeal is dismissed based on the certification signed by the trial court. *See* Tex. R. App. P. 25.2(d).

Patrick A. Pirtle
Justice

Do not publish.